■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YULIA BUSHUYEVA, Appellant. [12 NYS3d 552]—Appeals by the defendant, as limited by her motion, from three sentences of the Supreme Court, Queens County (Chin Brandt, J.), all imposed June 25, 2012, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waiver of her right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248 [2006]; *People v Santana*, 122 AD3d 949 [2014]; *People v Contreras*, 112 AD3d 649 [2013]) and, thus, does not preclude review of her excessive sentence claim. However, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Hall, Hinds-Radix and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CHANCE, Also Known as JOSEPH JENKINS, Appellant. [12 NYS3d 563]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 3, 2013 (*People v Chance*, 105 AD3d 758 [2013]), affirming a judgment of the County Court, Westchester County, rendered May 4, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Austin, Sgroi and Cohen, JJ., concur.